THE PEOPLE OF THE STATE OF NEW YORK v. MARY MARCUS.— Motion for reargument denied. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ETHEL A. STEWART v. JOHN A. STEWART, 3D.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

GREAT AMERICAN INDEMNITY COMPANY v. MANHATTAN WET WASH LAUNDRY Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — McAvoy, Merrell, Martin and O'Malley, JJ.

HENRY E. BERGELT and Others v. NICHOLAS ROBERTS and Others. THE CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, etc., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals, or for a reargument, and for a stay, denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of MONT CENIS APARTMENTS, INC., against MORRIS FRIEDMAN, as Clerk of the Municipal Court of the City of New York, Borough of Manhattan, Seventh District.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LUCY HARTFORD, in Behalf of Herself and All Other Holders of First Mortgage Six Per Cent Serial Gold Bond Certificates under a Trust Agreement between the ELLDA CORPORATION and the AMERICAN TRUST COMPANY OF NEW YORK, as Trustee, v. COMMONWEALTH BOND CORPORATION, in Its Corporate Entity and as Committee, etc., and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay, denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of PETER A. LAURIA, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of DAVID H. LEHMAN, an Attorney.— Reference ordered. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JAMES T. CAVANAGH, Suing on Behalf of Himself and All Others Similarly Situated, Who Join in This Action, Appellant, v. WILLIAM L. HUTCHESON, Individually and as President of the United Brotherhood of Carpenters and Joiners of America, Respondent, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [140 Misc. 178.]

ROSE HAGOPIAN, as Guardian ad Litem of VAHROM HAGOPIAN, an Infant, Appellant, v. ISAAC SAMUELSON, Defendant, Impleaded with ELIAS HIRSHFIELD, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.